Pliny Fisk et al., Copartners under the Firm Name of Harvey Fisk & Sons, Respondents, *v.* James G. Batterson, Appellant.

*Fisk* v. *Batterson*, 165 App. Div. 952, affirmed.
(Argued October 17, 1917; decided November 2, 1917.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1915, reversing a judgment in favor of defendant entered upon a dismissal of the complaint

by the court at a Trial Term and granting a new trial. The action was brought to recover the price agreed to be paid for certain stock, alleged to have been subscribed for by defendant. The motion to dismiss was made upon the grounds that the plaintiffs had failed to prove facts constituting a cause of action, that the agreement was void under section 53 of the Stock Corporation Law because ten per cent had not been paid thereon in cash and that the plaintiffs were not proper parties plaintiff.

*William J. Moran* for appellant.

*G. Sumner, Thomas D. Thacher* and *Leland B. Duer* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.